# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TRUSTEES OF THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS EMPLOYEE BENEFITS FUND; TRUSTEES OF THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS ANNUITY FUND; TRUSTEES OF THE CARPENTERS' PENSION TRUST FUND - DETROIT AND VICINITY; TRUSTEES OF THE INDUSTRY-WIDE STEWARD FUND; TRUSTEES OF THE DETROIT CARPENTERS JOINT APPRENTICESHIP AND TRAINING TRUST FUND; TRUSTEES OF THE FUND FOR THE ADVANCEMENT OF THE CARPENRTY TRADE; TRUSTEES OF THE MICHIGAN CARPENTRY CONTRACTORS ASSOCIATION INDUSTRY ADVANCEMENT FUND and the RESIDENTIAL CARPENTERS LOCAL UNION NO. 1234 of the MICHIGAN REGIONAL COUNCIL OF CARPENTERS UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

Case No. 05-74577
HON. NANCY G. EDMUNDS

          Plaintiffs,

vs.

MOTOR CITY INTERIORS, INC., a Michigan corporation and RICHARD M. SCHNEIDER, an individual d/b/a Motor City Interiors, Inc., jointly and severally,

          Defendants.

_____/

## ORDER EXTENDING DISCOVERY CUTOFF DATE

This matter having come before the Court on Plaintiffs' Motion to Extend Discovery Cutoff Date, and the Court being fully apprised of the circumstances,

IT IS ORDERED that the Scheduling Order issued in this case be amended as follows:

Discovery Cutoff Date:   11/1/2006

Dispositive Motions Due: 12/4/2006

IT IS SO ORDERED.

<u>s/ Nancy G. Edmunds</u>  
U. S District Court Judge

Dated:  8/30/2006  
S:\0-Judge's Desk\Orders from Mailbox\Motor City InteriosOrder extending discovery.wpd